# UNITED STATES DISTRICT COURT
## District of Minnesota

Melissa Daggett

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 23-cv-02471-PAM-ECW

Radius Global Solutions, LLC

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant's Motion for Judgment on the Pleadings (Docket No. 21) is **GRANTED** and this matter is **DISMISSED with prejudice**.

Date: 1/26/2024

KATE M. FOGARTY, CLERK